ORDER GRANTING LEAVE FOR POST-SUBMISSION FILINGS

**FILED**
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

**JUN - 2 2015**

DEBRA SPISAK, CLERK

Date: _6-2-15_

Cause No. _02-14-229-CR_

_Christopher J. Gonzalez_ vs. _State_
Appellant            Appellee

During submission of the captioned case on this date, leave was granted to the parties to file additional documents in this case, as described below, and within the time specified herein:

Appellant(s), may file the following:

_Post Submission letter brief_

_Citing additional authorities_

By (Due Date): _June 12, 2015     (10 days)_

STATE/Appellee(s), may file the following:

_Post Submission letter brief_

_Citing additional authorities_

By (Due Date): _June 12, 2015     (10 days)_

_____
Presiding Justice